THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE GOEHNER, Appellant, *v.* WARDEN OF THE DISTRICT PRISON, Respondent.

*People ex rel. Goehner* v. *Warden of the District Prison,* 156 App. Div. 937, affirmed.
(Submitted June 3, 1913; decided October 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1913, which affirmed an order of Special Term dismissing a writ of habeas corpus.

*David M. Neuberger* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Order affirmed, on authority of *People* v. *Frudenberg* (209 N. Y. 218).

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.

---

RUDOLPH F. BAAR, Appellant, *v.* CLAYTON L. MOAK, Defendant, and HENRY C. LAWRENCE, Respondent.

*Baar* v. *Moak,* 156 App. Div. 890, appeal dismissed.
(Submitted October 22, 1913; decided October 28, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 28, 1913, which affirmed an order of Special Term vacating a warrant of attachment.

*William B. Stiles, Thomas O'Callaghan* and *Charles A. MacHenry* for appellant.

*Charles G. Wheeler* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.